UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES OF AMERICA

      V.                    Docket NO. 02-CR-195-15

Kamal Rouse
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER TO PRODUCE

**THIS CAUSE** having come to be heard before me upon the motion of **Kevin J. Mullens, Senior United States Probation Officer, District of New Jersey,** for an order directing **Federal Correctional Institution Ray Brook** to produce any and all recorded telephone conversations from inmate Carlton Johnson, Reg.# 18426-056, to telephone number (201) 344-6760, for September 28, 2007.

It is, **HEREBY ORDERED**, pursuant to Title 28, United States Code, Section 1651, that **Federal Correctional Institution Ray Brook** is to produce said recordings by the physical delivery of same to Senior United States Probation Officer, Kevin J. Mullens, at 200 Federal Plaza, Room 130, Paterson, NJ 07509-2097, **no later than 2:00 pm on March 26, 2008.**

**Permanent non-disclosure of this Order to inmate Johnson is necessary as such disclosure could impede the investigation being conducted.**

DATE: 3/26/08

                                          UNITED STATES DISTRICT JUDGE