UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Crim. No. 02-195-15(DMC)

     vs.      :      Hon. Dennis M. Cavanaugh

KAMAL ROUSE      :      <u>DISCLOSURE ORDER</u>

This matter having been opened to the Court on motion of the United States, by

Christopher J. Christie, United States Attorney for the District of New Jersey (Melissa L. Jampol,

Assistant United States Attorney, appearing), in the presence of defendant and his counsel, James

Patton, Esq., attorney for defendant KAMAL ROUSE, for an order permitting representatives of

the Federal Bureau of Investigation disclosure of tape recordings of defendant KAMAL ROUSE

for the purposes of conducting a hearing regarding the violation of the terms of the supervised

release imposed upon the defendant by order of the District Court on February 23, 2006.

IT IS, therefore, on this 26th day of March, 2008,

ORDERED that the motion of the United States to permit disclosure of the tapes to

representatives of the Federal Bureau of Investigation between KAMAL ROUSE and incarcerated

individuals at Federal Correctional Institutions be permitted for the purposes of conducting a

hearing regarding the violation of the terms of the supervised release imposed upon the defendant

by order of the District Court on February 23, 2006.

HONORABLE DENNIS M. CAVANAUGH
United States District Judge